# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF H.H.

NO. 2021 KW 0931

**AUGUST 9, 2021**

In Re:   H.H., applying for supervisory writs, East St. Tammany
City Court, Parish of St. Tammany, No. 20-JP-0700.

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**STAY DENIED.   WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT